

**Steven Banks**
**Corporation Counsel**

### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

*SONYA GIDUMAL CHAZIN*
*Senior Counsel*
Labor & Employment Law Division
(212) 356-0890
schazin@law.nyc.gov

March 12, 2026

**<u>BY ECF</u>**
Honorable Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    <u>Hunna I. Lipke v. City of New York et. al.</u>,
22-cv-5687 (CBA)(CLP)

Dear Judge Cross-Goldenberg:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel for the City of New York, representing the City of New York in the above-captioned proceeding. Please accept this letter as a status update on the above captioned matter.

Discovery in this matter is complete. At this time, Defendants intend to file a Motion for Summary Judgment, and propose the following briefing schedule:

Defendant's Motion will be filed by May 22, 2026;
Plaintiff's Opposition will be filed by June 22, 2026;
Defendant's Reply will be filed by July 10, 2022.

Defendants have reached out to Plaintiff's counsel on two occasions regarding consent to this proposed schedule but have not yet received a response.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Sonya Gidumal Chazin
Assistant Corporation Counsel

cc:    All parties (via ECF)